## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

**ALYSSIA MIGLIACCIO,**

      Plaintiff,

vs.

**PALMETTO MIDWEST FITNESS, INC., d/b/a LIGHTHOUSE FITNESS MANAGEMENT a/k/a CUSTOM BUILT PERSONAL TRAINING,** a foreign for profit business corporation,

      Defendants.

**Case No. CIV–17–876–D**

## PLAINTIFF'S RESPONSE TO MOTION TO DISMISS

Plaintiff, Alyssia Migliaccio, files this response to the motion to dismiss filed by Palmetto Midwest Fitness, Inc. and submits the following:

1. Plaintiff filed a lawsuit against Defendant on July 17, 2017, in Oklahoma County, Oklahoma. (Doc. 1-3, Plaintiff's Petition).

2. Defendant removed the case to federal court on August 15, 2017. (Doc. 1, Notice of Removal).

3. Defendant's filed its responsive pleading on August 21, 2017, as a motion to dismiss for failure to state a claim. (Doc. 6)

4.  Pursuant to Federal Rule of Civil Procedure 15(a)(1)(B), Plaintiff amended her complaint as a matter of course to address the alleged deficiencies in her original pleading.[1] (Doc. 8, Amended Complaint).

5.  As reflected in the 2009 comments to Federal Rule of Civil Procedure 15, amendment to the original pleading in response to a motion to dismiss is permitted.

6.  Because Plaintiff amended her complaint as a matter of course as, permitted by FED. R. CIV. P. 15(a)(1)(B), the motion to dismiss filed alleging defects in her previous complaint should be rendered moot.

Because Plaintiff's amended complaint rendered the motion to dismiss filed by Defendant moot, Plaintiff requests this Court deny (or strike) the motion to dismiss.

Respectfully submitted,

s/ D. Colby Addison
D. Colby Addison, OBA #32718
Chris Hammons, OBA #20233
LAIRD HAMMONS LAIRD, PLLC
1332 SW 89th Street
Oklahoma City, OK 73159
Telephone: 405.703.4567
Facsimile:  405.703.4067
E-mail:     colby@lhllaw.com
E-mail:     chris@lhllaw.com
ATTORNEYS FOR PLAINTIFF

---

[1] Although Plaintiff does not believe the original complaint to be defective, Plaintiff amended the complaint to address all alleged deficiencies to conserve judicial economy.

## <u>CERTIFICATE OF MAILING</u>

This is to certify that on September 11, 2017, a true and correct copy of the foregoing instrument was electronically transmitted to the Clerk of Court using the ECF System for filing and transmittal of Notice of Electronic Filing to the following ECF registrants:

Denelda Richardson
RHODES HIERONYMUS JONES
TUCKER & GABLE, PLLC
P.O. Box 21100
Tulsa, OK 74121
Email: drichardson@rhodesokla.com
*Attorney for Defendant*

*s/D. Colby Addison*
Attorney for Plaintiff