# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **ALYSSIA MIGLIACCIO,** | |
| Plaintiff, | |
| vs. | |
| **PALMETTO MIDWEST FITNESS, INC., d/b/a LIGHTHOUSE FITNESS MANAGEMENT a/k/a CUSTOM BUILT PERSONAL TRAINING,** a foreign for-profit business corporation, | **Case No. CIV–17–876–D** |
| Defendant. | |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties that the above-captioned action is voluntarily dismissed with prejudice against the Defendant, Palmetto Midwest Fitness, Inc., pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A) and (B), with each party to bear their own costs and fees.

| | |
|---|---|
| *s/D. Colby Addison* | *s/Jonathan Hill (with permission)* |
| D. Colby Addison, OBA #32718 | Jonathan M. Hill |
| 1332 SW 89th Street | 303 Research Drive, Ste. 150 |
| Oklahoma City, OK 73159 | Peachtree Corners, GA 30092 |
| Telephone: 405.703.4567 | Telephone: 404.592.9963 |
| Facsimile: 405.703.4061 | Facsimile: 470.275.6789 |
| E-mail: colby@lhllaw.com | E-mail: jhill@hill-law-group.com |
| *ATTORNEY FOR PLAINTIFF* | *ATTORNEY FOR DEFENDANT* |

1

## CERTIFICATE OF SERVICE

This is to certify that on October 26, 2017, a true and correct copy of the foregoing instrument was electronically transmitted to the Clerk of Court using the ECF System for filing and transmittal of Notice of Electronic Filing to the following ECF registrants:

Jonathan M. Hill
HILL LAW GROUP, LLC
303 Research Drive, Ste. 150
Peachtree Corners, GA 30092
Telephone: 404.592.9963
Facsimile: 470.275.6789
E-mail: jhill@hill-law-group.com
*ATTORNEY FOR DEFENDANT*

Denelda Richardson, OBA #20103
Michael P. Robertson, OBA #32551
RHODES HIERONYMUS JONES TUCKER & GABLE, PLLC
PO BOX 21100
Tulsa, OK 74121–1100
Telephone: 918.582.1173
Facsimile: 918.592.3390
E-mail: drichardson@rhodesokla.com
*ATTORNEYS FOR DEFENDANT*

*s/D. Colby Addison*
D. Colby Addison